No. 45731.—Protests 688636-G, etc., of Steinberger Bros. Glove Corp. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of ladies' gloves in chief value of a woven fabric the same as those the subject of Abstract 36016. The claim at 25 percent under paragraph 915 was therefore sustained.

No. 45732.—Protests 728675-G, etc., of J. O. Henderson et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 17, 1941

No. 45733.—Protests 973583-G, etc., of Volkart Bros., Inc. (New York).

Opinion by WALKER, J. The question at issue is whether or not this dried brewers' yeast has been advanced in value. It appeared that the merchandise is the same as that passed upon in Abstract 43673. On the record presented the claim for free entry under paragraph 1669 was sustained.

No. 45734.—Protests 7194-K, etc., of Seaboard Lumber Sales Co., Ltd. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of Seaboard Lumber Sales Co. v. United States (5 Cust. Ct. 161, C. D. 391) it was held that the board measurement of the lumber in question should have been determined on the basis of the condition in which imported and that no addition should have been made for sawing, planing, or for tonguing and grooving.

No. 45735.—Protests 774792-G, etc., of Straus Bros. & Co. (Cleveland).

Opinion by WALKER, J. On the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 45736.—Protest 738150-G of Kwong Lee Chong Co. (San Francisco).

Opinion by WALKER, J. On the authority of Lamborn v. United States (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.